# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAY RITTER,<br><br>　　　Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC,<br><br>　　　Defendant. | **ORDER**<br><br><br><br>Case No.: 2:17-cv-334 BCW<br><br>Magistrate Judge Brooke C. Wells |

　　　This came before the Court on Plaintiff's Motion for Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). The Court, after reviewing the file, being fully advised, and for good cause showing, hereby DISMISSES this action.

　　　DATED this 31 May 2017.

_____
Brooke C. Wells
United States Magistrate Judge